IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUSTAVO VILLEGAS, | No. 2:15-cv-0090-KJM-CMK-P |
| Petitioner, | |
| vs. | ORDER |
| RONALD RACKLEY, | |
| Respondent. | |

Petitioner, a state prisoner proceeding with counsel, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pending before the court is petitioner's motion for appointment of counsel (Doc. 11) and motion for an extension of time (Doc. 12).

There currently exists no absolute right to appointment of counsel in habeas proceedings. See Nevius v. Sumner, 105 F.3d 453, 460 (9th Cir. 1996). However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." See Rule 8(c), Fed. R. Governing § 2254 Cases. In the present case, the court does not find that the interests of justice would be served by the appointment of counsel at the present time.

/ / /

As to petitioner's motion for an extension of time, petitioner is requesting additional time to respond to the court's order to show cause. Petitioner filed his response prior to the court addressing his request. Accordingly, his response to the order to show cause is deemed timely filed and will be considered by the court.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's motion for appointment of counsel (Doc. 11) is denied; and
2. Petitioner's motion for an extension of time (Doc. 12) is granted.

DATED: August 26, 2016

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE